In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-03-366 CV


____________________



PEGGY DORSEY, Appellant



V.



T.J. RHODES AND SAMMIE WILLIAMS LOGGING, Appellees






On Appeal from the 1-A District Court


Jasper County, Texas


Trial Cause No. 22515






MEMORANDUM OPINION (1)


 Peggy Dorsey, appellant, filed a motion to dismiss this appeal with prejudice. The
Court finds that this motion is voluntarily made by the appellant prior to any decision of
this Court and should be granted. Tex. R. App. P. 42.1(a)(1). No other party filed a
notice of appeal. 

 It is, therefore, ORDERED that the motion to dismiss be granted and the appeal is
therefore DISMISSED. 

 PER CURIAM

Opinion Delivered January 20, 2005

Before McKeithen, C.J., Gaultney and Kreger, JJ.
1. Tex. R. App. P. 47.4.